UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JUDY JOEANN FOX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 3:07-cv-71-WGH-RLY |
| TOYOTA MOTOR MANUFACTURING, INDIANA, INC., | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT ENTRY**

For the reasons outlined in the Order Granting Defendant's Motion for Summary Judgment entered this date, final judgment is entered in favor of the Defendant, Toyota Motor Manufacturing, Indiana, Inc., and against the Plaintiff, Judy Joeann Fox.  Plaintiff's claims are dismissed, with each party to bear its own costs.

**ENTERED:** July 10, 2008

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

Laura Briggs, Clerk
United States District Court


By:_____
        Deputy Clerk

-2-

**Electronic copies to:**

Jack N. VanStone
VANSTONE & KORNBLUM
vanstone@evansville.net

Katherine A. Hessenbruch
GREENBAUM DOLL & McDONALD
kah@gdm.com

Craig Peter Siegenthaler
GREENBAUM DOLL & MCDONALD PLLC
cps@gdm.com

Jerry D. Stilwell
BAMBERGER FOREMAN OSWALD
  & HAHN
jstilwell@bamberger.com